# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:20-CR-182-O |
| Defendant: | HEATH ALLEN PAINE, sworn |
| Court Reporter: | Digital |
| Interpreter: | n/a |
| US attorney: | Nancy Larson for Mark Nichols |
| Defense attorney: | John Stickney, FPD |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | July 22, 2020 |
| Status: | The Defendant entered plea of not guilty to the Indictment |
| | Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | E. Moore |

Other Information:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 2 2020

CLERK, U.S. DISTRICT COURT
By_____
Deputy