UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:20-CR-182-O (01) |
| | § | |
| HEATH ALLEN PAINE | § | |

## NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 07/23/2020

BY: */s/ John J. Stickney*
John J. Stickney
Assistant Federal Public Defender
MA Bar No. 687134
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753 (TEL)
(817) 978-2757 (FAX)

## CERTIFICATE OF SERVICE

I, John J. Stickney, do hereby certify that on this the 23rd day of July 2020, I electronically filed this document with the Clerk of the United States Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney, Mark Nichols.

*/s/ John J. Stickney*
John J. Stickney