IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:20-CR-182-O |
| HEATH ALLEN PAINE (01) | |

## GOVERNMENT'S DESIGNATION OF EXPERT WITNESSES

The United States files the following designation of expert witnesses in the above-styled case:

(1) Special Agent Mark Feltz
U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives

The government expects to call Special Agent Mark Feltz, or another qualified ATF firearms expert, to testify that the firearm possessed by the defendant as charged in the indictment, was not manufactured in the state of Texas, and since found in Texas, would have moved in interstate or foreign commerce prior to being possessed by the defendant.

(2) Corporal Homero Carnero
Latent fingerprint examiner, Tarrant County Sheriff's Office

The government expects to call Homero Carnero, or another qualified latent fingerprint examiner, to compare, at the time of trial, fingerprints taken from the defendant to those on certified judgement and conviction records from Titus County, Texas, for felony convictions in the name of Heath Allen Paine. Corporal Carnero is expected to testify whether those fingerprints were made by the same individual.

**Designation of Expert Witnesses - Page 1**

Respectfully Submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Mark L. Nichols*
MARK L. NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: John J. Stickney.

*s/ Mark L. Nichols*
MARK L. NICHOLS
Assistant United States Attorney