# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

### MINUTE ORDER

| | |
|---|---|
| Type hearing: | Rearraignment **NON-EVIDENTIARY HELD** |
| Case number: | 4:20-CR-182-O |
| Defendant | Heath Allen Paine, sworn |
| Court Reporter | Debbie Saenz |
| Interpreter: | n/a |
| US Attorney: | Mark Nichols — Alex Lewis for |
| Defense Attorney: | John Stickney, FPD |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | August 19, 2020 |
| Status: | Defendant entered plea of guilty to Ct.1 of the 1 Ct. Indictment |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | Julie Harwell |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 9 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy